UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL 12 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S1- 4:17CR00258 RLW/SPM |
| ) | |
| RAHKEEM DIONTE HARRIS, ) | |
| CHRISTOPHER JOSEPH MADISON, ) | |
| VALDEN CARDELL TAYLOR, ) | |
| JERRELL DEVON HAWTHORNE, ) | |
| RODNEY DEARIUS JONES JR., and ) | |
| DANNY RAY JOHNSON, ) | |
| ) | |
| Defendants. ) | |

## SUPERSEDING INDICTMENT

### COUNT I

The Grand Jury charges that:

Beginning at an exact time unknown to the Grand Jury, but including June of 2014 and through the date of this Indictment, within the Eastern District of Missouri and elsewhere,

RAHKEEM DIONTE HARRIS,
CHRISTOPHER JOSEPH MADISON,
VALDEN CARDELL TAYLOR,
JERRELL DEVON HAWTHORNE,
RODNEY DEARIUS JONES JR., and
DANNY RAY JOHNSON,

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree together with one or more other persons known and unknown to the Grand Jury to commit the following offenses against the United States: (a) to distribute and possess, with the intent to

distribute, a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; (b) to distribute and possess, with the intent to distribute, a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

The quantity of heroin involved in the conspiracy attributable to each defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is one kilogram or more, punishable under Title 21, United States Code, Section 841(b)(1)(A)(i).

## COUNT II

The Grand Jury further charges that:

On or about December 14, 2016, within the Eastern District of Missouri,

**RAHKEEM DIONTE HARRIS,**

the defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT III

The Grand Jury further charges that:

On or about January 18, 2017, within the Eastern District of Missouri,

**RAHKEEM DIONTE HARRIS,**

the defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United

States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT IV

The Grand Jury further charges that:

On or about November 9, 2016, within the Eastern District of Missouri,

**CHRISTOPHER JOSEPH MADISON,**

the defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT V

The Grand Jury further charges that:

On or about November 21, 2016, within the Eastern District of Missouri,

**CHRISTOPHER JOSEPH MADISON,**

the defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT VI

The Grand Jury further charges that:

On or about December 14, 2016, within the Eastern District of Missouri,

**VALDEN CARDELL TAYLOR,**

3

the defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT VII

The Grand Jury further charges that:

On or about February 17, 2017, within the Eastern District of Missouri,

**VALDEN CARDELL TAYLOR,**

the defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT VIII

The Grand Jury charges that:

On or about May 26, 2017, in St. Louis County, State of Missouri, within the Eastern District of Missouri, the defendant,

**VALDEN CARDELL TAYLOR,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT IX

The Grand Jury further charges that:

On or about May 26, 2017, within the Eastern District of Missouri,

**VALDEN CARDELL TAYLOR,**

the defendant herein, did knowingly possess one or more firearms in furtherance of the drug trafficking crime charged in Count Eight herein, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT X

The Grand Jury further charges that:

On or about May 26, 2017, in St. Louis County, State of Missouri, within the Eastern District of Missouri,

**VALDEN CARDELL TAYLOR,**

the defendant herein, having been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess one or more firearms, which traveled in interstate or foreign commerce during or prior to being in the defendant's possession, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT XI

The Grand Jury further charges that:

On or about October 25, 2016, within the Eastern District of Missouri,

**JERRELL DEVON HAWTHORNE,**

the defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section

5

841(b)(1)(C).

## COUNT XII

The Grand Jury further charges that:

On or about March 9, 2017, within the Eastern District of Missouri,

**RODNEY DEARIUS JONES JR.,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT XIII

The Grand Jury further charges that:

On or about May 9, 2017, within the Eastern District of Missouri,

**DANNY RAY JOHNSON,**

the defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

CARRIE COSTANTIN
Acting United States Attorney

_____
ANGIE E. DANIS, #64805MO
Special Assistant United States Attorney